JUNE D. COLEMAN, State Bar No. 191890
jcoleman@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant MONARCH
RECOVERY MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROY APONNO,<br><br>      Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>      Defendant. | Case No. 2:17-cv-01476-JAK-SS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(a)(ii)]**<br><br>The Hon. John A. Kronstadt<br><br>Trial Date:         TBD |

IT IS HEREBY STIPULATED by and between Plaintiff Roy Aponno ("Plaintiff") and Defendant Monarch Recovery Management, Inc.("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

DATED: August 16, 2017          THE LAW OFFICES OF JONATHAN A. STIEGLITZ

                                By:    /s/Jonathan A. Stieglitz
                                       Jonathan A. Stieglitz
                                       Attorneys for Defendant ROY APONNO

1
2  DATED: August 16, 2017
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By:      /s/ June D. Coleman
         June D. Coleman
         Attorneys for Defendant MONARCH RECOVERY MANAGEMENT, INC.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 400 Capitol Mall, 27th Floor, Sacramento, CA 95814.

On August 18, 2017, I served true copies of the following document(s) described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(A)(II)** on the interested parties in this action as follows:

Jonathan A. Stieglitz, Esq.
The Law Offices of Jonathan A. Stieglitz
11845 W. Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748
Email: jonathan.a.stieglitz@gmail.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 18, 2017, at Sacramento, California.

　　　　　　　　　　　　　　　　　　/s/ June D. Coleman
　　　　　　　　　　　　　　　　　　June D. Coleman

1597578.1 14347-002    3    Case No. 2:17-cv-01476-JAK-SS
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(a)(ii)